IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA JACOBSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-7200 |
| | ) | |
| v. | ) | |
| | ) | |
| CHICAGO POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | JURY DEMANDED |

## COMPLAINT

NOW COMES the Plaintiff, MARIA JACOBSON, by and through her attorneys Jonathan C. Goldman, Arthur R. Ehrlich, and Kerri L. Feczko of the Law Offices of GOLDMAN & EHRLICH, CHTD., and as her Complaint against Defendant, CHICAGO POLICE DEPARTMENT, states as follows:

## INTRODUCTION

1. This is an action on the basis of age discrimination and retaliation under the Age Discrimination in Employment Act, 29 U.S.C. §621, *et seq.*

## JURISDICTION, VENUE AND JURY DEMANDS

2. Plaintiff invokes the jurisdiction of this Court pursuant to 29 U.S.C. §621, *et seq.*

3. Plaintiff demands a trial by jury.

4. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) and the Illinois Department of Human Rights (IDHR) on December 3, 2016. On July 13, 2017, the EEOC issued a right to sue letter informing the Plaintiff of her right to file a civil action in the U.S. District Court within ninety (90) days.

5. Venue is proper in the Northern District of Illinois, Eastern Division as the alleged acts occurred herein.

LAW OFFICES
**GOLDMAN & EHRLICH**
20 SOUTH CLARK STREET
SUITE 500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828

## THE PARTIES

6. Plaintiff, MARIA JACOBSON, is a resident of Chicago, Illinois. She is over 60 years of age.

7. Defendant, CHICAGO POLICE DEPARTMENT, is a law enforcement agency located in Chicago, Illinois.

## BACKGROUND

8. Plaintiff has worked as a police officer for Defendant for approximately thirty (30) years.

9. Plaintiff's title with Defendant is currently Sergeant, but she is working under the title of "Commanding Officer" because she is the only supervising officer in charge of a single detective unit.

10. Plaintiff's title is shared by Lieutenants and Captains for Defendant who have similar responsibility for supervising a specialized unit.

11. In 2015, Plaintiff passed the Lieutenant exam by scoring more than three hundred (300) points. Her score did not allow her to be promoted from the list in rank order, but she was recommended by her Commander for a "merit" promotion and was interviewed by a panel in February 2016.

12. Since that time, the Plaintiff has repeatedly been passed over for "merit" promotion in favor of younger sergeants who were also recommended for merit promotion. These promotions took place in March 2016, June 2016, December 2016, and February 2017.

## COUNT I - DISCRIMINATION ON THE BASIS OF AGE

13. The Defendant's conduct constitutes discrimination on the basis of age in violation of the Age Discrimination in Employment Act, 29 U.S.C. §621, *et seq*.

14. Plaintiff is entitled to back pay for lost wages and benefits as well as front pay.

LAW OFFICES
**GOLDMAN & EHRLICH**
20 SOUTH CLARK STREET
SUITE 500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828

15. Plaintiff is also entitled to reasonable attorney's fees and her costs of suit.

**WHEREFORE**, Plaintiff prays that this Honorable Court enter judgment in favor of Plaintiff and against Defendant and award the following relief:

A. Back pay;

B. Promotion or front pay;

C. Reasonable attorney's fees and costs of suit; and

D. Any other and further relief as this Court deems just.

## COUNT II - RETALIATION

13. The Plaintiff realleges paragraphs one through 12 as paragraphs one through 12 of Count II.

14. The Plaintiff filed a charge of discrimination on December 3, 2016. The Defendant became aware of her charge and her opposition to discrimination shortly thereafter.

15. Subsequently, the Plaintiff was passed over for "merit" promotion in approximately February 2017 in favor of Sergeants eligible for "merit" promotion who had not opposed discrimination.

16. The Defendant failed to promote the Plaintiff to Lieutenant in Approximately February 2017 because of her opposition to discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. 621 et seq.

17. Plaintiff is entitled to back pay for lost wages and benefits as well as front pay.

18. Plaintiff is also entitled to reasonable attorney's fees and her costs of suit.

**WHEREFORE**, Plaintiff prays that this Honorable Court enter judgment in favor of Plaintiff and against Defendant and award the following relief:

A. Back pay;

B. Promotion or front pay;

LAW OFFICES
**GOLDMAN & EHRLICH**
20 SOUTH CLARK STREET
SUITE 500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828

3

      C.      Reasonable attorney's fees and costs of suit; and

      D.      Any other and further relief as this Court deems just.


Dated: October 5, 2017                           /s/ Jonathan C. Goldman
                                                Jonathan C. Goldman of the Law Offices of Goldman & Ehrlich, Chtd., as attorney for Plaintiff, MARIA JACOBSON.

LAW OFFICES
**GOLDMAN & EHRLICH**
20 SOUTH CLARK STREET
SUITE 500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828